IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHARLES SWIFT, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CV372 |
| V. | ) | |
| CITY OF OMAHA, OFFICER KYLER, COUNTY COURT, NEBRASKA DOUGLAS COUNTY, and JUDGE BOWIE, | ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

On April 5, 2016, the court entered an order informing Plaintiff that he needed to take the following actions within 30 days to proceed in this court: (1) submit the $400.00 filing and administrative fees to the clerk's office or submit a request to proceed in forma pauperis, and (2) file an amended complaint that states a claim upon which relief can be granted. Plaintiff was warned that failure to take these actions would result in dismissal of this case without further notice.

On April 20, 2016, Plaintiff filed a response to the court's order, stating that he "stand[s] on complaint as written especially statements concerning illegal search of trailer." (Filing No. 23 at CM/ECF p. 2.) To date, Plaintiff has not submitted a filing fee or moved to proceed in forma pauperis. Plaintiff also has not filed an amended complaint, and apparently does not intend to do so.

Accordingly,

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document

Dated this 11th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge